IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHARLES WADE, on behalf of himself
and those similarly situated                                                              **PLAINTIFF**

V.                                                                    CASE NO.: 1:17-cv-00322-LG-RHW

WORLDWIDE LABOR SUPPORT OF
ILLINOIS, INC. and WAYNE A. COOK, JR.                                          **DEFENDANTS**

## JOINT MOTION FOR APPROVAL OF SETTLEMENT
## AND TO DISMISS CLAIMS WITH PREJUDICE

**COMES NOW**, Charles Wade, on behalf of himself and those similarly situated, and Worldwide Labor Support of Illinois, Inc. and Wayne A. Cook (collectively referred to as the "Parties"), who hereby represent to the Court that they have resolved the claims in this matter in their entirety and jointly request that this Court to approve the Parties' settlement of the claims brought under the Fair Labor Standards Act ("FLSA") as set forth in the Confidential Settlement Agreement and attachments thereto to which the Parties and their counsel have agreed and to enter a dismissal of all claims with prejudice. In support of this Motion, the Parties contemporaneously submit a Memorandum in Support.

WHEREFORE, for the reasons stated above and in the Memorandum in Support, the Parties move this Court to approve the settlement of all claims and enter a dismissal with prejudice of said claims.

DATED: July 17, 2018.

Respectfully Submitted,

*/s/ Christopher W. Espy*                              */s/ Stephen J. Carmody*
CHRISTOPHER W. ESPY                           STEPHEN J. CARMODY, ESQ.

03024512

| | |
|---|---|
| Christopher W. Espy, Esq. | Stephen J. Carmody, Esq. |
| MORGAN & MORGAN, PLLC | BRUNINI GRANTHAM GROWER |
| (MS Bar No. 102424) | & HEWES, PLLC |
| 4450 Old Canton Road, Suite 200 | The Pinnacle Building, Suite 100 |
| Jackson, Mississippi 39211 | 190 E. Capitol Street |
| Tel:   601-718-2087 | P.O. Drawer 119 |
| Fax:   601-718-2102 | Jackson, MS 39205-0119 |
| Email: cespy@forthepeople.com | Tel:   601-948-3101 |
| *Attorney for Plaintiffs* | Fax:   601-960-6902 |
| | Email: scarmody@brunini.com |
| | tbrown@brunini.com |
| | llawhorn@brunini.com |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I, Christopher W. Espy, do hereby certify that I have electronically filed a Notice of Service of the foregoing document with the Clerk of the Court using the online ECF system, which I understand will send a Notice of Electronic Filing to the following:

> Stephen J. Carmody, Esq.
> Tammye C. Brown, Esq.
> Lauren O. Lawhorn, Esq.
> BRUNINI GRANTHAM GROWER & HEWES, PLLC
> The Pinnacle Building, Suite 100
> 190 E. Capitol Street
> P.O. Drawer 119
> Jackson, MS 39205-0119
> Tel:        601-948-3101
> Fax:        601-960-6902
> E-mail:     scarmody@brunini.com
>             tbrown@brunini.com
>             llawhorn@brunini.com

*Attorneys for Defendants:*   *Worldwide Labor Support of Illinois, Inc.*
                              *Wayne A. Cook, Jr.*

I also certify that on this 17th day of July, 2018, that I have served a copy of the forgoing document upon the above-named counsel of record via email.

>                              */s/ Christopher W. Espy*
>                              CHRISTOPHER W. ESPY

03024512