IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES WADE, on behalf of himself and those similarly situated | **PLAINTIFF** |
| V. | CASE NO. 1:17-cv-322-LG-RHW |
| WORLDWIDE LABOR SUPPORT OF ILLINOIS, INC. and WAYNE A. COOK, JR. | **DEFENDANTS** |

### ORDER APPROVING SETTLEMENT AND DISMISSING CASE

Considering the [42] Joint Motion for Approval of Settlement and to Dismiss Claims with Prejudice, the facts supporting the fairness and reasonableness of the proposed settlement confected by the Parties, and the law;

**IT IS HEREBY ORDERED** that the [42] Joint Motion for Approval of Settlement and to Dismiss Claims with Prejudice is GRANTED. The Settlement is APPROVED.

**IT IS FURTHER ORDERED** that all claims are DISMISSED with prejudice, each party to bear their own costs, except as provided in the Confidential Settlement Agreement and Release.

**SO ORDERED AND ADJUDGED** this the 23rd day of July, 2018.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE

03024515

APPROVED AND SUBMITTED BY:

| | |
|---|---|
| */s/ Christopher W. Espy* | */s/ Stephen J. Carmody* |
| Christopher W. Espy | Stephen J. Carmody, Esquire |
| MSB #102424 | Brunini, Grantham, Grower & Hewes, PLLC |
| MORGAN & MORGAN, PLLC | The Pinnacle Building, Suite 100 |
| 4450 Old Canton Rd., Suite 200 | 190 E. Capitol Street |
| Jackson, MS 39201 | Jackson, MS 39205-0119 |
| Tel: (601) 718-2087 | Tel: (601) 948-3101 |
| Fax: (601) 718-2102 | Fax: (601) 960-6902 |
| Email: cespy@forthepeople.com | Email: scarmody@brunini.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

03024515